IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONUAL WILLIAMS and RUTH WILLIAMS, his wife, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> RAVINDRA K. SACHDEVA, M.D., ) <br> *et al.*, ) <br> ) <br> Defendants. ) | Case No. 2:10-cv-325 <br><br> Judge Nora Barry Fischer <br> Magistrate Judge Lisa Pupo Lenihan <br><br> ECF No. 38 |

## **MEMORANDUM ORDER**

The Complaint in the above captioned case was received by the Clerk of Court on March 3, 2010, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 61), filed on August 20, 2010, recommended that the Motion to Dismiss filed by Defendant Sharon Regional Health System (ECF No. 38) be granted and the claims against that Defendant be dismissed with prejudice. The Report and Recommendation further recommended that the dismissal of Plaintiff's claims against Sharon Regional Health System should have no bearing on the cross-claims asserted against Sharon Regional Health System by the other Defendants. Service was made on all counsel of record. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had

fourteen (14) days to file any objections. No objections were filed to the Report and Recommendation.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this 9th day of September, 2010,

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendant Sharon Regional Health System (ECF No. 38) is **GRANTED** and Plaintiff's claims against said Defendant are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the dismissal of Plaintiff's claims against Defendant Sharon Regional Health System shall have no bearing on the cross-claims asserted against Sharon Regional Health System by the other Defendants.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 61) of Magistrate Judge Lenihan, dated August 20, 2010, is adopted as the opinion of the Court.

s/Nora Barry Fischer
Nora Barry Fischer
United States District Judge

cc: All Counsel of Record
*Via Electronic Mail*